UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| MERA NN, LLC, | No. C 14-1474 HRL |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| BRUTESOFT, INC., | |
| Defendant. | Date:      June 27, 2014<br>Mediator:  Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse plaintiff Mera NN, LLC's lead counsel, Neil Koslowe from appearing in person at the June 27, 2014, mediation before Shirish Gupta is GRANTED. Mr. Koslowe shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 17, 2014

Dated                                            By: _____
                                                      Maria-Elena James
                                                      United States Magistrate Judge